**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7732**

TEKOA TOBIAS GLOVER, a/k/a Toby,

      Appellant,

   v.

UNITED STATES OF AMERICA,

      Plaintiff - Appellee,

   and,

JEREMY DEAN ROBINSON, a/k/a Worm,

      Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Anderson. Timothy M. Cain, District Judge. (8:17-cr-00424-TMC-1)

Submitted: May 20, 2021                       Decided: May 24, 2021

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tekoa T. Glover, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tekoa Tobias Glover appeals the district court's order sealing a sentencing transcript in an unrelated criminal case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Robinson*, No. 8:17-cr-00424-TMC-1 (D.S.C. Oct. 22, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*